# United States Bankruptcy Court
**Northern District of Illinois, Eastern Division**

| | | |
|---|---|---|
| IN RE:  Dilisha R Wormely | ) | Chapter 13 |
| | ) | Case No. 15 B 24090 |
| Debtor(s) | ) | Judge Timothy A Barnes |

## Notice of Motion

Dilisha R Wormely
1037 Des Plaines Ave #608
Forest Park, IL 60130

Debtor Attorney: David M Siegel
via Clerk's ECF noticing procedures

On September 19, 2019 at 9:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 744
> Chicago, IL 60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Tuesday, August 27, 2019.

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On July 15, 2015, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on September 14, 2015, for a term of 36 months with payments of $500.00.

| The status of the debtor's plan is: | Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|---|
| | 49 | $24,500.00 | $22,927.91 | $1,572.09 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 08/26/2019
Due Each Month: $500.00
Next Pymt Due: 09/14/2019

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 01/03/2019 | YOLA UNIVERSI | $230.77 | 01/16/2019 | YOLA UNIVERSI | $230.77 |
| 01/30/2019 | YOLA UNIVERSI | $230.77 | 02/13/2019 | YOLA UNIVERSI | $230.77 |
| 02/27/2019 | YOLA UNIVERSI | $230.77 | 03/13/2019 | YOLA UNIVERSI | $230.77 |
| 03/27/2019 | YOLA UNIVERSI | $230.77 | 04/10/2019 | YOLA UNIVERSI | $230.77 |
| 04/24/2019 | YOLA UNIVERSI | $230.77 | 05/08/2019 | YOLA UNIVERSI | $230.77 |
| 05/22/2019 | YOLA UNIVERSI | $174.68 | 07/22/2019 | 1051207 | $250.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL 60604
(312)431-1300

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE