UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 15-24090 |
| | ) | |
| DILISHA WORMELY, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Hon. Judge BARNES |

NOTICE OF MOTION

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Marilyn O. Marshall, Chapter 13 Trustee: barcall@chi13.com

*To the following persons or entities who have been served via U.S. Mail:*
See attached list.

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in their stead at **219 S. Dearborn Street, Chicago, IL 60604**, and in the following courtroom (or any other place posted), and present the attached **Motion to Modify Plan**, at which time and place you may appear.

    Judge: BARNES
    Court: 744
    Date: November 14, 2019
    Time: 10:00 a.m.

PROOF OF SERVICE

A copy of this Notice of Motion and attachments were deposited at the United States Post Office, Wheeling, Illinois, 60090, with sufficient postage prepaid, by Michael R. Colter, II, or served electronically by the bankruptcy court, under oath and under all penalties of perjury.

DATE OF SERVICE: October 23, 2019      /s/ Michael R. Colter, II
                                       Michael R. Colter, II, A.R.D.C. #6304675

Attorney for the Debtor(s)
DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100

*To the following persons or entities who have been served via U.S. Mail:*

Dilisha Wormely
1037 Des Plaines Avenue, #608
Forest Park, IL 60130

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

City Of Chicago Department of Revenue
c/o Arnold Scott Harris P.C.
111 W Jackson Blvd Ste 600
Chicago, IL 60604

Capital One Auto Finance c/o AIS
Portfolio Services, LP f/k/a AIS Data
Services d/b/a Ascension Capital Group
4515 N Santa Fe Ave Dept. APS
Oklahoma City Ok 73118

Navient
Dept. of Ed. Loan Services
P.O. Box 9635
Wilkes-Barre, PA 18773-9635

TD Bank USA, N.A.
c/o Weinstein & Riley, PS
2001 Western Ave, Ste 400
Seattle, WA 98121

Porania LLC
c/o Biltmore Asset Management
24500 Center Ridge Rd Ste 472
Westlake, OH 44145

FFD Payday
Williamson and Brown, LLC
P O Box 141419
Irving TX 75014-1419

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **In Re:** | ) | **15-24090** |
| | ) | |
| **DILISHA WORMELY,** | ) | **Chapter 13** |
| | ) | |
| Debtor(s). | ) | Hon. Judge BARNES |

## MOTION TO MODIFY CHAPTER 13 PLAN

NOW COMES the Debtor, **DILISHA WORMELY**, by and through her attorneys, DAVID M. SIEGEL AND ASSOCIATES, LLC, to present this Motion, and in support thereof states as follows:

1) This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and Internal Operating Procedure 15(a) of the U.S. District Court Northern District of Illinois Eastern Division.

2) On July 15, 2015, the Debtor filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC and Marilyn O. Marshall was appointed Trustee in the case.

3) Debtor's plan was confirmed on September 14, 2015, with Debtor making monthly payments of $500 per month and general unsecured creditors receiving at least 10% of their allowed claims. The Debtor has paid $23,577.91 into her Chapter 13 Plan.

4) Payroll deductions have begun posting with the trustee from Debtor's new job with Cook County.

5) Debtor seeks to modify her plan under § 1329 and defer the current default in plan payments to the end of the plan. The dividend to general unsecured creditors will remain the same.

6) Debtor seeks to modify her plan under § 1329 by increasing her plan payment from $500 per month to $570 per month because of the increase in income. Debtor had a very limited budget prior to obtaining this new employment.

7) The Debtor does not request this modification of her plan with the intent to defraud creditors.

8) Deferring the plan payment default will not cause the confirmed Chapter 13 plan to run longer than 60 months.

WHEREFORE, the Debtor, **DILISHA WORMELY**, prays that this Honorable Court enter an Order Modifying Chapter 13 Plan and for other such relief as the Court deems fair and proper.

    Respectfully Submitted,

    /s/ Michael R. Colter, II
    Michael R. Colter, II, A.R.D.C. #6304675

David M. Siegel & Associates, LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100